FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

IN THE UNITED STATES DISRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA JUN 27 2014

JAMES N. HATTEN, CLERK
By: S. Brannon, Deputy Clerk

| | |
|---|---|
| DEMETRIUS NICKENS <br><br> PLAINTIFF <br><br> v. <br><br> JARVIS & COHEN, et al <br><br> DEFENDANT | Case Number: 1:14-CV-1631 <br> HONORABLE E. CLAYTON SCOFIELD III, |

## MOTION TO STRIKE ANSWER OF NATIONAL CHECK ARBITRATION SERVICE, INC. AND DAVID S. MARCHIANO

**NOW COMES**, Demetrius C. Nickens, "Plaintiff", and moves this Court to Strike the Answer of David S. Marchiano and National Check Arbitration Services, Inc., In support thereof state:

1. On June 19, 2014, Robert Marchiano filed a pro-se Answer on behalf of David S. Marchiano and National Check Arbitration Services, Inc. *See Docket Entry 5.*

2. The Court must strike the Answer because a Corporation must be represented by an Attorney.

3. Robert Marchiano is not an attorney licensed to practice law in the State of Georgia and is therefore prohibited from representing National Check Arbitration Services, Inc.

4. A corporation is an artificial entity that can act only through its agents. As a result, it cannot appear pro se and must be represented by counsel. *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) (citing *Commercial & R.R. Bank of Vicksburg v. Slocomb*, 39 U.S. (14 Pet.) 60 (1840)). This rule applies even where the individual seeking to represent the corporation is an officer or major stockholder. Id. (citing *In re Las Colinas Dev. Corp.*, 585 F.2d 7 (1st Cir. 1978)).

5. Robert Marchiano likewise lack standing to file a responsive pleading on behalf of Defendant David Marchiano. David Marchiano clearly has the right to appear in these proceedings pro-se, but as a non-attorney, Robert Marchiano cannot file pleadings on behalf of his father.

6. The Answer should be stricken in it's entirety for lack of standing.

7. The undersigned has no objection to the Defendants being granted leave to file an Amended Pleading by a date certain that complies with the rules.

**WHEREFORE,** Plaintiff respectfully request that this Motion be Granted and for such other and further relief as may be deemed just and proper.

### CERTIFICATE OF COMPLIANCE

Pursuant to Local R. 7 .1(D), this is to certify that the foregoing complies with the font and point setting approved by the Court in Local R. 5 .1(B). The

foregoing MOTION was prepared on a computer, using Times New Roman 14 point font.

Respectfully Submitted,

*[signature]*

**DEMETRIUS NICKENS**
**AS HIS OWN ATTORNEY**

PO Box 931292
Norcross, Georgia 30003
Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify on this 23rd day of June, 2014, the undersigned served a copy of his Motion to Strike, via first class mail, postage prepaid to:

Shelley M Bochicchio, *Pro-Se*
6977 Mourning Dove Ln
Niagara Falls NY 14304
Defendant

and

William James Holley II, Esquire
PARKER, HUDSON, RAINER & DOBBS LLP
1500 Marquis Two Tower
285 Peachtree Center Ave NE
Atlanta, Georgia 30303
**will be served via the Court's ECF Noticing Service @** wholley@phrd.com
Counsel to: Defendants' *Martin A. Webb,*
*Payday Financial, L.L.C., and Red River Ventures, LLC*

NATIONAL CHECK ARBITRATION SERVICE, INC
Serve: David S. Marchiano

308 Brookside Terrace
Tonawanda NY 14150
Defendant

and

David S. Marchiano, *Pro Se*
308 Brookside Terrace
Tonawanda NY   14150
Defendant

and


Jason Samer, Pro Se
2664 Eggert Road
Tonawanda NY   14223
Defendant

DEMETRIUS NICKENS
**Plaintiff Sui Juris**

# IN THE UNITED STATES DISRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

DEMETRIUS NICKENS

PLAINTIFF

v.

JARVIS & COHEN , et al

DEFENDANT

Case Number: 1:14-CV-1631
HONORABLE E. CLAYTON SCOFIELD III,

## ORDER GRANTING PLAINTIFF MOTION TO STRIKE ANSWER OF NATIONAL CHECK ARBITRATION SERVICE, INC. AND DAVID S. MARCHIANO

Upon consideration of Plaintiff's Motion to Strike Answer of National Check Arbitration Services, Inc., and David Marchiano filed by Robert Marchiano for lack of standing, it appearing that good cause having been stated, it is hereby this ____ day of _____, 2014, ORDERED, that the Answer filed by Robert Marchiano on behalf of Defendants David Marchiano and National Check Arbitration Services, Inc., be and is hereby the same stricken for lack of standing,

**It is further ORDERED,** that no later than the ____ day of _____, 2014, through an Attorney or on his own behalf, David Marchiano must file a responsive pleading to Plaintiff's Complaint,

**It is further ORDERED,** that no later than the ____ day of _____, 2014, through an Attorney licensed to practice before this Court, The National

Check Arbitration Service, Inc., is ORDERED, to file a responsive pleading to Plaintiff's Complaint,

**It is further ORDERED**, that failure to comply with this ORDER may result in a default judgment being entered in favor of the Plaintiff and against the Defendants.

SO ORDERED this ____ day of _____, 2014

_____
HONORABLE E. CLAYTON SCOFIELD III,