# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | | |
|---|---|---|
| Nickens | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| Jarvis & Cohen, Inc. et al | ) | 1:14-cv-01631-TWT |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

David S.Marchiano

Date: 1/8/2015

*Attorney's signature*

Jefferson M. Allen
*Printed name and bar number*

Cohen Cooper Estep & Allen, L
3330 Cumberland Blvd,Ste 600
Atlanta, GA 30339
*Address*

jallen@gmail.com
*E-mail address*

404-814-0000
*Telephone number*

404-816-8900
*FAX number*