IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
(Atlanta Division)

| | |
|---|---|
| **DEMETRIUS NICKENS**<br><br>Plaintiff<br><br>-vs-<br><br>**JARVIS AND COHEN**, et al<br><br>DEFENDANTS | Case No.: **1:14-CV-1631** |

## RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

Demetrius Nickens ("Plaintiff"), and responds to the Court's Order to Show Cause and for reasons state:

On December 30, 2014, The Court issued an Order to Show Cause regarding Plaintiff's failure to effectuate service on the Defendants. Plaintiff acted with diligence and good faith when he sent the Summonses and Complaint to the Defendants via certified mail return receipt requested.

On July 17, 2014, Plaintiff filed a Motion for Default against the served Defendants. On July 18, 2014, this Court issued defaults against those Defendants. As of this writing, these Defendants have not filed an Answer.

It wasn't until January 5, 2015, that Plaintiff became aware that service of process was insufficient. Plaintiff argues and therefore submits that he has been diligent with regard to his attempts at service. In fact, the Plaintiff attempted to serve Defendant Jarvis and Cohen by certified mail, however, the United States Postal Service lost Plaintiff's letter. Even as of this writing, the letter to Jarvis and Cohen shows pending. **See Attached Exhibit A.**

With regard to Defendant Shelley Bochicchio, the Court erred in finding that service was insufficient because she waived any defense of insufficient service when on June 18, 2014, she filed a responsive pleading. **See Attached Exhibit B.**

Plaintiff should be granted fundamental fairness and permitted to attempt to comply with the rules by serving

### CERTIFICATE OF COMPLIANCE

Pursuant to Local R. 7 .1(D), this is to certify that the foregoing complies with the font and point setting approved by the Court in Local R. 5 .1(B). The foregoing MOTION was prepared on a computer, using Times New Roman 14 point font.

_(signature)_
**DEMETRIUS NICKENS
AS HIS OWN ATTORNEY**

PO Box 931292
Norcross, Georgia 30003
Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify on this 20th day of January, 2015, Response to Order to Show Cause via first class mail, postage prepaid to:

Shelley M Bochicchio, *Pro-Se*
6977 Mourning Dove Ln
Niagara Falls NY 14304
Defendant

Jefferson Allen, Esquire
Counsel for Defendant David S. Marchiano
***Via Electronic Means***

and

Jason Samer, Pro Se
2664 Eggert Road
Tonawanda NY   14223
Defendant

_(signature)_
DEMETRIUS NICKENS

Shelley Bochicchio  6/18/2014

6977 Mourning Dove Lane

Niagara Falls, NY 14304

In response to civil action No. 1:14-CV-1631,

Mr. Nickens or To Whom It May Concern,

My name is Shelley Bochicchio. I am writing in response to the lawsuit in which I am named in. I am writing to let you know that in June of 2010 my shares (11%) of National Check Arbitration Service Inc. were sold back to the company for $1.00. I was no longer affiliated with that company in any capacity in 2011. To my knowledge Robert Marchiano owned that company at the time of the original lawsuit.

I also would like to let you know that I never received notice of the first lawsuit filed in 2012 or I would have replied. Furthermore it appears that you entered into an agreement or settlement in which I was somehow named in 2012. I did not authorize nor retain an attorney to enter into a settlement in the original lawsuit. I did not know until this notice that I was named in the original lawsuit. If someone named me in a settlement, I most certainly did not agree nor did I sign any such agreement.

I wish you luck in this lawsuit and respectfully request to be taken off of it.

If I can be of any help or you have any questions please feel free to contact me at 716-216-4083.

Thank You.

*Shelley Marie Bochicchio*
Shelley Bochicchio



# USPS Tracking™

**Customer Service ›**
Have questions? We're here to help.

Tracking Number: 71147344282019335590

Expected Delivery Day: Tuesday, June 3, 2014

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

### Available Actions

Return Receipt Electronic

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| June 3, 2014, 12:02 am | Departed USPS Facility | NEW YORK, NY 10199 |
| June 2, 2014, 9:14 am | Arrived at USPS Facility | NEW YORK, NY 10199 |
| May 31, 2014, 10:40 pm | Departed USPS Facility | PHOENIX, AZ 85043 |
| May 31, 2014, 12:53 am | Arrived at USPS Origin Facility | PHOENIX, AZ 85043 |
| May 30, 2014, 9:42 pm | Departed Post Office | PHOENIX, AZ 85026 |
| May 30, 2014, 8:08 pm | Acceptance | PHOENIX, AZ 85026 |
| May 30, 2014 | Pre-Shipment Info Sent to USPS | |

## Track Another Package

**Tracking (or receipt) number**

Track It

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

Copyright © 2015 USPS. All Rights Reserved.

Search or Enter a Tracking Number