IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEMETRIUS NICKENS,

    Plaintiff,

      v.

JARVIS & COHEN, INC., et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:14-CV-1631-TWT

## ORDER

This is a pro se action under the Fair Debt Collection Practices Act. It is before the Court on the Report and Recommendation [Doc. 14] of the Magistrate Judge ordering the Plaintiff to show cause why this action should not be dismissed for failure to effectuate service upon the Defendants. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED for failure to effectuate lawful service upon the Defendants.

SO ORDERED, this 11 day of February, 2015.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\14\Nickens\r&r.wpd